IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BISMARK MAIRENA-RIVERA, on behalf of himself and other persons similarly situated, | CIVIL ACTION NO. 17-5823 |
| *Plaintiff*, | JUDGE VANCE |
| v. | MAG. JUDGE ROBY |
| TOM'S MARINE & SALVAGE, LLC, | |
| *Defendant*. | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now into Court, through undersigned counsel, comes Plaintiff Bismark Mairena-Rivera and Defendant Tom's Marine & Salvage, LLC, who stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss Plaintiff's claims made in the above-captioned matter against Defendant, with prejudice, each party to pay his or its own costs and attorney's fees.

Plaintiff has agreed to dismiss his case with prejudice and Defendant has agreed not to pursue any counterclaims it had or may have had against Plaintiff. For these reasons, Plaintiff seeks to voluntarily dismiss his claims.

Respectfully submitted:

/s/ Jonathan Mille Kirkland_____
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan Mille Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
jmk@beaumontcostales.com

Attorneys for Plaintiff,
Bismark Mairena-Rivera

/s/ Jonathan B. Andry_____
Jonathan B. Andry
jandry@andrylawgroup.com
The Andry Law Group, L.L.C.
610 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-5535
Fax: (504) 586-8933

Attorney for Defendant,
Tom's Marine & Salvage, LLC

2

CERTIFICATE OF SERVICE

    I hereby certify that on October 29, 2018, I served a copy of the foregoing on counsel for Defendant via CM/ECF.

                                        /s/ Jonathan Mille Kirkland_____